AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America
v.

Ryan Joseph Orlando

_____
Defendant

)
)
)
)
)
)
)

Case: 1:23-mj-00326
Assigned to: Judge Upadhyaya, Moxila A.
Assign Date: 11/28/2023
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                    __Ryan Joseph Orlando__                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 641- Theft of Government Property;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - (Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(A) - (Enter or remain on the floor of a House of Congress without authorization)
40 U.S.C. § 5104(e)(2)(D) - (Disorderly Conduct in a Capitol Building);
40 U.S.C. § 5104(e)(2)(G) - (Parading, Demonstrating, or Picketing in a Capitol Building).

Date:     __11/28/2023__

_____
*Complaintant's signature*

City and state:     __Washington, D.C.__

__Honorable Moxila A. Upadhyaya,__
*United States Magistrate Judge*

| Return |
|---|
| This warrant was received on *(date)* __11/26/23__ , and the person was arrested on *(date)* __11/29/23__ at *(city and state)* __Arlington, VA__ . |
| Date: __11/29/23__ <br><br> _____ <br> *Arresting officer's signature* <br><br> __Kristen Hennessy__ , __Special Agent__ <br> *Printed name and title* |